**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Brian Lomax Begaye,<br><br>　　　　Defendant. | CR-09-8038-PCT-PGR (MHB)<br><br>**ORDER OF DETENTION** |

　　　A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 5, 2014.

　　　**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

　　　**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

　　　**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

　　　DATED this 10th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John Z. Boyle
　　　　　　　　　　　　　　　　　　　　　　　　　John Z. Boyle
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge